NUMBER
13-02-012-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

________________________________________________________________

 

IN
THE INTEREST OF T.J.D.W., A MINOR CHILD

________________________________________________________________

 

                         On
appeal from the 36th District Court 

                                  of Aransas County, Texas

________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellants, James Warren and Lynn Warren, attempted to
perfect an appeal from a judgment entered by the 36th District
Court of Aransas County, Texas, in cause number A-93-0285-CV-A.  Judgment in this cause was signed on May 7, 2001.  A timely
motion for new trial was filed on May 9, 2001. 
Pursuant to Tex. R. App. P. 26.1(a), appellants= notice of appeal was
due on August 5, 2001, but was not filed until August
31, 2001.  








Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  On February 8, 2002, appellants= untimely motion for
leave to file notice of appeal was received in this Court.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect their appeal, and appellants= untimely motion for
leave to file notice of appeal, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  Appellants= untimely motion for
leave to file notice of appeal is DENIED, and the appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 18th
day of April, 2002.